NUMBER 13-02-299-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________ __________________


KEVIN STALEY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________ _______________


On appeal from the 36th District Court 


of Aransas County, Texas.


_______________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Hinojosa and Yañez


Opinion Per Curiam



 Appellant, KEVIN STALEY, perfected an appeal from a judgment entered by the
36th District Court of Aransas County, Texas, in cause number A-02-5023-CR. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 29th day of August, 2003.